FILED:  October 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2097
(3:17-cv-00461-REP)

_____

LULA WILLIAMS; GLORIA TURNAGE; GEORGE HENGLE; DOWIN
COFFY; MARCELLA P. SINGH, Administrator of the Estate of Felix M.
Gillison, Jr., on behalf of themselves and all individuals similarly situated

    Plaintiffs - Appellees

v.

MATT MARTORELLO

    Defendant - Appellant

 and

BIG PICTURE LOANS, LLC; ASCENSION TECHNOLOGIES, INC.; DANIEL
GRAVEL; JAMES WILLIAMS, JR.; GERTRUDE MCGESHICK; SUSAN
MCGESHICK; GIIWEGIIZHIGOOKWAY MARTIN

    Defendants

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
|---|---|
| Originating Case Number | 3:17-cv-00461-REP |
| Date notice of appeal filed in originating court: | 10/17/2023 |

| | |
|---|---|
| Appellant(s) | Matt Martorello |
| Appellate Case Number | 23-2097 |
| Case Manager | Rickie Edwards<br>804-916-2702 |