UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. __23-2097__    Caption: __LULA WILLIAMS v. MATT MARTORELLO__

__Appellant__
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   sealed appendix volume

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   May 3, 2023 (ECF No. 1195)

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   Pleadings ordered filed under seal; provided that an appropriately redacted version thereof is filed in the public record.

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☐ Yes

## CERTIFICATE OF SERVICE

I certify that on  December 6, 2023  the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below. Service may be made by direct email or other electronic means with the prior written consent of the party to be served.  In consolidated criminal cases, identify which sealed appendix volumes were served on each party or attorney.

Matthew William Wessler
Gupta Wessler PLLC
1900 L Street NW
Suite 312
Washington, DC 20036

Kristi Cahoon Kelly
Andrew Joseph Guzzo
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030

/s/ Steven D. Gordon
Signature

12/04/23
Date