FILED: December 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2097
(3:17-cv-00461-REP)

_____

LULA WILLIAMS; GLORIA TURNAGE; GEORGE HENGLE; DOWIN COFFY; MARCELLA P. SINGH, Administrator of the Estate of Felix M. Gillison, Jr., on behalf of themselves and all individuals similarly situated

    Plaintiffs - Appellees

v.

MATT MARTORELLO

    Defendant - Appellant

and

BIG PICTURE LOANS, LLC; ASCENSION TECHNOLOGIES, INC.; DANIEL GRAVEL; JAMES WILLIAMS, JR.; GERTRUDE MCGESHICK; SUSAN MCGESHICK; GIIWEGIIZHIGOOKWAY MARTIN

    Defendants

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places appendix volume number VII under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk