# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

|  |  |
|---|---|
| LULA WILLIAMS, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | No. 23-2097 |
| ) | |
| MATT MARTORELLO, ) | |
| ) | |
| Defendant-Appellant. ) | |

## STATUS REPORT REGARDING STAY

By an order issued on March 20, 2024, the Court suspended proceedings on this appeal until November 6, 2024 to permit a settlement agreement with certain contingencies to take effect. The Court directed the parties to file a status report or appropriate motion on or by that date.

On September 20, 2024, Appellant Matt Martorello filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas.

Meanwhile, the period for the settlement contingencies to occur has been extended to November 13, 2024. Unless the applicable time period is further extended, Mr. Martorello will seek a lift stay from the Bankruptcy Court to allow this appeal to proceed.

2

The parties will file another status report no later than November 27, 2024, to apprise the Court of the status of the settlement process and its impact on this appeal.

| | |
|---|---|
| November 6, 2024 | Respectfully submitted,<br><br>HOLLAND & KNIGHT LLP<br><br>  /s/  Steven D. Gordon   <br>Steven D. Gordon<br>800 17th Street, N.W., Suite 1100<br>Washington, D.C. 20006<br>Telephone: (202) 955-3000<br>Facsimile: (202) 955-5564<br>E-mail:  steven.gordon@hklaw.com<br><br>*Counsel for Appellant*<br><br><br>/s/Matthew W.H. Wessler__<br>Matthew W.H. Wessler<br>GUPTA WESSLER LLP<br>2001 K St NW, Suite 850 North<br>Washington, DC 20006<br>(202) 888-1741<br>matt@guptawessler.com<br><br>*Counsel for Appellees* |