IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____
                                    )
LULA WILLIAMS,                      )
                                    )
    Plaintiff-Appellee,            )
                                    )
    v.                              )     No. 23-2097
                                    )
MATT MARTORELLO,                    )
                                    )
    Defendant-Appellant.           )
_____ )

**STATUS REPORT REGARDING STAY**

By an order issued on March 20, 2024, the Court suspended proceedings on this appeal until November 6, 2024 to permit a settlement agreement with certain contingencies to take effect.

On September 20, 2024, Appellant Matt Martorello filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas. Pursuant to Section 362(a) of the Bankruptcy Code, all actions against Mr. Martorello in any form are stayed pending further Order of the Bankruptcy Court.

Meanwhile, the parties continued to work towards a global settlement that would have mooted the appeal before this Court.

The parties' settlement efforts were not successful. A motion to lift the automatic bankruptcy stay has been filed in the bankruptcy court and is scheduled for a hearing on December 4, 2024. Once the motion to lift the bankruptcy court's automatic stay is granted, a motion will be filed with this Court to lift the March 20, 2024 Stay and schedule this appeal for oral argument.

| | |
|---|---|
| December 2, 2024 | Respectfully submitted,<br><br>HOLLAND & KNIGHT LLP<br><br>/s/ Steven D. Gordon<br>Steven D. Gordon<br>800 17th Street, N.W., Suite 1100<br>Washington, D.C. 20006<br>Telephone: (202) 955-3000<br>Facsimile: (202) 955-5564<br>E-mail: steven.gordon@hklaw.com<br><br>*Counsel for Appellant*<br><br><br>/s/*Draft*<br>Matthew W.H. Wessler<br>GUPTA WESSLER LLP<br>2001 K St NW, Suite 850 North<br>Washington, DC 20006<br>(202) 888-1741<br>matt@guptawessler.com<br><br>*Counsel for Appellees* |

#512304553_v1