FILED: December 5, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2097
(3:17-cv-00461-REP)

_____

LULA WILLIAMS; GLORIA TURNAGE; GEORGE HENGLE; DOWIN COFFY; MARCELLA P. SINGH, Administrator of the Estate of Felix M. Gillison, Jr., on behalf of themselves and all individuals similarly situated

   Plaintiffs – Appellees

v.

MATT MARTORELLO

   Defendant – Appellant

and

BIG PICTURE LOANS, LLC; ASCENSION TECHNOLOGIES, INC.; DANIEL GRAVEL; JAMES WILLIAMS, JR.; GERTRUDE MCGESHICK; SUSAN MCGESHICK; GIIWEGIIZHIGOOKWAY MARTIN

   Defendants

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to lift the suspension of proceedings and schedule oral argument, the court grants the motion to lift the suspension and defers ruling on the motion for oral argument pending

assignment of this case to a panel.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk