UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2097
(3:17-cv-00461-REP)

_____

LULA WILLIAMS; GLORIA TURNAGE; GEORGE HENGLE; DOWIN
COFFY; MARCELLA P. SINGH, Administrator of the Estate of Felix M.
Gillison, Jr., on behalf of themselves and all individuals similarly situated

          Plaintiffs - Appellees

v.

MATT MARTORELLO

          Defendant - Appellant

 and

BIG PICTURE LOANS, LLC; ASCENSION TECHNOLOGIES, INC.; DANIEL
GRAVEL; JAMES WILLIAMS, JR.; GERTRUDE MCGESHICK; SUSAN
MCGESHICK; GIIWEGIIZHIGOOKWAY MARTIN

          Defendants

_____

M A N D A T E

_____

The judgment of this court, entered July 16, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*